**Bruce E. Disenhouse, SBN 078760**
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
T:  951-530-3710
F:  951-543-4239
E:  bruce@disenhouselaw.net

Attorneys for Defendants COUNTY OF RIVERSIDE; CORR. SERGEANT AARON MARIN (erroneously sued herein as AARON MARTIN); CORR. DEPUTY SCOTT OVERTON (erroneously sued herein as SCOTT OVERTON); CORR. DEPUTY KRISTINE ZANETEL (erroneously sued herein as KRISTINE ZANETEL; and DEPUTY ADRIAN COTOIA (erroneously sued herein as ADRIAN COTOIA)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GARCIA and ANTHONY GARCIA, as surviving heirs and successor in interest to decedent Joseph Anthony Garcia,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, AARON MARTIN, an individual, KRISTINE ZANETEL, an individual, SCOTT OVERTON, an individual, ADRIAN COTOLA, and individual, and DOES 1-50, Inclusive,<br><br>Defendants.<br>_____ | CASE NO.:  16-cv-01820-TJH-(KKx)<br><br>*Hon. Terry J. Hatter, Jr.*<br><br>PROPOSED ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT |

The Court, having reviewed the Notice of Conditional Settlement, and GOOD CAUSE appearing therefrom, vacates all pending dates in this matter and sets a Status Conference Re Settlement for February ___, 2018 at _____.

///

///

///

1
PROPOSED ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE

2
PROPOSED ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT